DJ Carpenter BW-1989
Name and Prisoner/Booking Number

CSATF-SP
Place of Confinement

Po Box 5246
Mailing Address

Corcoran, Ca 93212
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

**Dec 02, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DJ CARPENTER
(Full Name of Plaintiff)                Plaintiff,

v.

(1) D. AVILES
(Full Name of Defendant)

(2) N. BONILLA

(3) J. BANANIA

(4) A. PLASCENCIA
                        Defendant(s).  Et. al,

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:25-cv-01707-SAB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: CSATF-SP at Corcoran .

Revised 3/15/2016

Pg 1 of 10

## B. DEFENDANTS

1. Name of first Defendant: D. Aviles _____. The first Defendant is employed as: Correctional officer _____ at SATF -SP _____.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: N. Bonilla _____. The second Defendant is employed as: Correctional officer _____ at SATF- SP _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: J. Banania _____. The third Defendant is employed as: Correctional officer _____ at SATF - SP _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: A. Plascencia _____. The fourth Defendant is employed as: Correctional officer _____ at SATF-SP _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

Pg 2 of 10

Page 1-A

Name of Fifth Defendant: Andres Gomez   is Employed
as:   CO             at SATF-SP

Name of Sixth Defendant: Gilbert Sanchez  is Employed
as:   CO             at SATF-SP

Name of Seventh Defendant: Michael Hernendez is Employed
as: Sgt           at SATF-SP

Name of Eighth Defendant: Camron Lizardo    is Employed
as: CO             at SATF-SP

Name of Nineth Defendant: Austin Peery    isEmployed
as: Co             at SATF-SP

Name of Tenth Defendant: Eric Valderrama   is Employed
as: CO             at SATF-SP

Pg 1-A

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th Amendment Cruel and unusual Punishment Assaulted by a Peace Officer.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1.) On October 10, 2024 at approximately 4:00 PM Plaintiff was housed at SATF-SP D-Yard building 5 cell 139.

2.) While being housed there Plaintiff Worked in PIA Monday – Friday until approximately 3:00 PM.

3.) When Plaintiff returned this day from work he got a message on his tablet that one of his Mothers had Passed away and would he please call home ASAP.

4) Upon learning of this news Plaintiff asked an inmate Porter to have the Defendant Diego Aviles the D-5 Floor Officer to come to his cell door.

5.) When the Defendant came to the Plaintiff's Cell door the Plaintiff asked if he could possibly use the Phone and explained to D. Aviles.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Too Extensive to Name See Exhibit "1"

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

Pg 4 of 10

What he found out and Could he "Please Call his family?"

6.) Defendant told The Plaintiff he had to wait till he was given, "Day room."

7.) Plaintiff explained to D. Aviles that, that night Top tier had dayroom and Due to his Job in PIA he wouldn't get Day room until the Next Night at 7:30 PM.

8.) Plaintiff asked, "Can I just get 5 minutes to call? Please?"

9.) Defendant Diego Aviles responded, "NO, I don't give a fuck! If You don't like it quit Your Job," and he walked away.

10.) At this time 4:00 PM Medication (Pill Call) was Called and the Plaintiff's Door was open.

11.) Upset and angery Plaintiff exited his cell with his voice raised stating "I bust my ass all day for the Prison and MY mom died why does PIA get screwed around here.

12.) At this time Defendant D. Aviles told the Plaintiff he was being a disruptive inmate and told him to Cuff up.

13.) Plaintiff emediately complyed as he wasn't

Pg 5 of 10

trying to get a write up and lose his job as PIA is a Top Paying Job in CDCR.

14.) Defendant D. Aviles then contacted Central control via raido to Notify Delta Building 5 was having a disruptive inmate. Escalating the issue.

15.) As Plaintiff was walking toward the rotunda Defendant N. Bonilla came in and grabed and Yanked on my right arm.

16.) The whole time Plaintiff was in Compliance but was Yelling due to the situation.

17.) All Plaintiff wanted was 5 minutes to Call his family because his mom died.

18.) As Plaintiff stepped outside he seen the Sergent Michael Hernandez Defendant.

19) Plaintiff addressed Defendant Sgt. M. Hernandez telling him "I don't feel safe with (Defendant) N. Bonilla Escorting me! He assaults inmates!"

20) At this time Defendant ~~B. Bonilla~~ D. Aviles wraped his arms around the Plaintiff and Body Slamed him.

Pg 6 of 10

21) Then Defendant N. Bonilla kneed the plaintiff in the head and Punched him in the right side of his Jaw.

22) At that time Defendant A. Plascencia came up and attacked the plaintiff even though Plaintiff was allready Subdued.

23.) Defendant A. Plascencia grabed plaintiff by his head and Slamed his head into the hot asphalt.

24.) Then All 3 defendants ground the Plaintiff's Right side of his face into the Hot Asphalt Until the Plaintiff had "road Rash" and was bleading.

25.) Plaintiff is blind on his Left side as he has No Eye So he turned his head and Yelled to Defendant Sgt M. Hernandez "Please have some one escort me I dont trust N. Bonilla".

26.) Officer N. Bonilla has an extensive well known history of assaulting inmates and has admitted to Many inmates that he IS a member of the "Green Wall Gang", that Correctional officers Join to assault inmates.

27.) CDCR has been ordered to Put in SVSS Cameras and Body Worn Cameras (BWC) on every officer and keep them on.



28.) Defendant Diego Aviles Lied claiming the plaintiff spit on him multiple times.

29.) Plaintiff requested the "DNA" test on the alleged spit yet CDCR has refused to supply him with it.

30.) When Plaintiff was taken to Adseg he attempted to file a 602 multiple times.

31.) Plaintiff asked All officers that worked in Adseg even the Captain and they all refused stating they knew it was a "Staff complaint."

32.) Internal affairs investigated and was unable to Substain that the Plaintiff spit on any one.

33.) When it Came to the Assault the Defendants did upon the Plaintiff the IA officer Lied in violation of Cal. Gov. Code 19572 and Cal. PC § 13510.8 (b) (1)(2)(5)(7) claiming Not Sustained.

34.) Also Again IA officer violated these Laws claiming that No officer violated the Code of Silence.

35.) Plaintiff has file and exhausted his 602 and has all responces.

36.) Plaintiff can and will show that all Defendants in this case has violated Plaintiff's First Amendment rights, Eighth Amendment rights, and Fourteenth Amendment rights.

I do Swear under Penalty of Perjury that the aforegoing is true and correct to the best of my knowlege.

Signed on this 10th day of November, 2025. At Corcoran, Ca. 9

Dated 11/10/2025

Respectfully Submitted

DJ Carpenter

9 of 10

## E. REQUEST FOR RELIEF

State the relief you are seeking:

$2,000,000 in Damages, Demand for Trial, Defendants Pay all Court Costs and Trial fees. Any other relief the Court Deems fit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/10/2025__
　　　　　　　　　DATE

✳ _____
　　　SIGNATURE OF PLAINTIFF

DAVID THOMPSON Au-9252
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

10 of 10