1:25-cv-01707-SAB (PC)

# CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized by the Standing Order signed by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions", and approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by Plaintiffs housed at institutions participating under the e-filing program pursuant to the Standing Order and necessary for the purpose of initiating the civil case.

**I. PLAINTIFF**
*(to be Completed by Plaintiff)*

DJ CARPENTEN

**II. DEFENDANT(S)**
*(to be Completed by Plaintiff)*

Diego Aviles,
N. Bonillla,
J Benania
A Plascencia,
et al,

**III. INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code _____SATF_____

**IV. SENDER INFORMATION**
*(to be Completed by CDCR Staff Member)*

SENDER: _____ (signature)     V HAMPSON
_(Please SIGN Name)_                                _(Please PRINT Name)_

DATE SCANNED & EMAILED: 12/2/2025

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED ONLY**
*(to be Completed by CDCR Staff Member)*

☐ This civil complaint, and other initial filing documents authorized by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions" is authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without the need to be electronically filed because the digital sender/scanner was down for more than 48 hours. *See* Standing Order at ¶ 2.

DATED: _____

_____      _____
**(Please SIGN Name)**                          (Please PRINT Name)

*Institution Abbreviation Code:* _____

*See Reverse Side for "Instructions To Plaintiffs Participating In E-Filing Program At Participating CDCR Facilities"*

ED Cal 1 (March 2016)