DJ Carpenter
BW-1989
Po Box 5246
Corcoran, Ca
93212
In Pro Se

RECEIVED

FEB 05 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

FILED

FEB 05 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DJ CARPENTER

Plaintiff,

V.

DIEGO AVILES   et al.,

Defendant(s).

Case No. 1:25-cv-01707- SAB
FIRST AMENDED
COMPLAINT

DEMAND FOR TRIAL

Plaintiff is an Inmate at SATF-SP At Corcoran Respectfully Comes before this Court to file this First Amended Complaint (FAC). Plaintiff has another inmate helping with this Complaint and Some of the names were mixed around So with this FAC Plaintiff will Correct the Complaint where Corrections must be Made.

I    PARTIES

Plaintiff: DJ Carpenter is an inmate housed at SATF-SP where he was assaulted by the Defendants

Defendants:

Diego Aviles is a Correctional Officer at SATF-SP on D-Yard. Is being Sued in his Individual Capacity

Pg 1 of 9

Case Name: _____   Case #: _____

Jethro Banania is a Correctional Officer at SATF-SP on D-Yard and is Being Sued in his Individual Capacity.

ALFred Plascencia is a Correctional officer at SATF-SP on D-Yard and is being Sued in his Individual Capacity.

Noe Bonilla is a Correctional officer at SATF-SP on D-Yard And is being Sued in his Individual Capacity.

R. Carriedo is the Chief Deputy Warden of the Centralized Allegation Resolution Unit and is being Sued in his Individual Capacity.

## II   EXHAUSTION of ADMINISTRATIVE REMEDIES

CDCR has a Grievance Process. Plaintif Siled a 602 on October 10, 2024. The Grievance/602 was Deemed, "Allegation of STaff Misconduct," on November 22, 2024 which Automaticly Exhausts all Administrative Remedies.

## III   CAUSE OF ACTION

The following civil rights have Been violated. Freedom from Cruel and unusual Punishment, Use of Excessive force, Due Process.

Pleading Title: _____   Page 2 of 9

Case Name: _____    Case #: _____

## SUPPORTING FACTS

1) On October 10, 2024 at approximately 3:00 PM Plaintiff returned from his Job at PIA to his Cell at SATF-SP D-Yard Building 5 Cell 139.

2) On this day when Plaintiff got home he checked his messages on his GTL Tablet and found out his Mother had passed away and would he please call home.

3) Upon Reading this News Plaintiff asked an inmate Porter to have Defendant Diego Aviles, the D-5 Floor officer, to come to his Cell door.

4) Defendant Diego Aviles Came to Plaintiff's Door, He explained about the Message and asked if he could use the phone.

5) Defendant told Plaintiff he had to wait till "dayroom."

6) Plantiff respectfully explained, "Top tier has dayroom tonight and Due to my PIA Job I wont be able to use the phone until tomorrow night at 7:30 PM."

7) Plaintiff asked, "Can I please get just 5 minutes?"

8) Defendant Diego Aviles responded, "NO! I dont give a fuck!

Pleading Title: _____    Page 3 of 9

Case Name: _____   Case #: _____

If You don't like it Quit Your Job. PIA is a privelege, and he walked away.

9) At 4:00 PM is Pill Call and by the time Plaintiff got out for meds he was upset.

10) Being Distraught from the News of the death of his mother and Defendant Diego Aviles responce Plaintiff came out with his voice raised, "I bust my ass all day for the prison. My Mom died. You have 20 guys in the dayroom who aren't even Suppose to be out. Why does PIA get Screwed around here?

11) Plaintiff was about 6 feet away from Defendant when he stopped.

12) Defendant Diego Aviles told Plaintiff he was being disruptive and ordered him to cuff up.

13) Plaintiff Emediately Complied as he wasn't trying to get a write up and Loss his job, as PIA is a Top Paying Job in CDCR.

14) All Plaintiff wanted to do is call his family and greeve with them for their Loss.

Pleading Title: _____   Page 4 of 9

Case Name: _____ Case #: _____

15) Defendant Diego Aviles then escalates the issue. After Plaintiff was in restraints Defendant contacted central control via Raido to Notify Delta 5 had a disruptive inmate and pushed his alarm.

16) Then Defendant Diego Aviles escorted Plaintiff out of the building.

17) After exiting the Defendant Jethro Banania came up and started to take Plaintiff by the Arm

18) It is well known that Defendant Jethro Banania enjoys assaulting inmates especially while they are in restraints.

19) The whole time Plaintiff was in compliance with Defendant Diego Aviles.

20) When Plaintiff seen Defendant Jethro Banania take him by the Arm he turned his head to the right and seen Sergeant Michael Hernandez and said, "I don't want him to escort me! I don't feel safe."

21) At this point Defendant Diego Aviles Picked Plaintiff up off the ground and slamed him on his face.

Pleading Title: _____ Page 5 of 9

Case 1:25-cv-01707-JLT-SAB   Document 12   Filed 02/05/26   Page 6 of 9

Case Name: _____ Case #: _____

22) At the exact time Defendant Jethro Banania Punched Plaintiff in the right side of the face.

23) As Plaintiff hit the ground Defendant Jethro Banania tripped and landed on plaintiff's Back and Head.

24) This is when Defendant Alfred Plascencia came over and Pushed Plaintiff's face into the Hot asphalt giving him Seveir Road Rash on the whole side of his face.

25) All 3 Defendants keep grinding Plaintiffs face into the asphalt.

26) At this point Defendant Noe Bonilla Jumped into the assault by jumping onto the Plaintiff's Back Punching and Kneeing him in the back.

27) Plaintiff is Blind on his left Side as he has a Glass Eye. This is why he turned his head to see Sgt Michael Hernandez.

28) Defendant Jethro Banania has an extensive History of assaults on Inmates who are in restraints.

29) Defendant Jethro Banania has also openly admitted

Pleading Title: _____ Page 6 of 9

Case Name: _____ Case #: _____

to the Plaintiff and other Inmates that he is a Proud Member of the "Green Wall" Gang known by the FBI as a Cartel.

30) Correctional officers Join the "GreenWall" who are Proud and Brag about assaulting inmates. They are even known to Murder inmates.

31) CDCR was ordered by the Federal Courts to put in SVSS and BWC's on every officer Because of the "Green Wall" gang.

32) All the Reports these Defendant's wrote Are All Lies.

33) Defendant Diego Aviles Lied and Claimed Plaintiff "Gassed" him by spiting on him multiple times.

34) Plaintiff has requested the "DNA" test results on the alleged "spit" Yet CDCR has refused to Supply it.

35) When Plaintiff was in Adseg he attempted to file a 602 grievance and was Stone Walled by multiple staff and the Investigation officer Stating they knew it was a Staff Complaint and would not get involved.

Pleading Title: _____ Page 7 of 9

Case Name: _____   Case #: _____

36) Internal Affairs investigated and proved Plaintiff did NOT spit on Anyone.

37) Defendant R. Carriedo Internal Affairs officer lied in violation of Cal. Gov. Code 19522 and Cal PC 13510.8 Stonewalling the Investigation keeping the Code of Silence Protecting the Defendants.

38) All said Actions have been Saved on both the SVSS and BWC's.

39) Thus Proving all the Plaintiff Claims in this Case.

40) Plaintiff Can and will show that all Defendants in this Case have violated Plaintiff's First Amendment, Eight Amendment, and The Fourteenth Amendment Rights.

### IV   RELIEF

Plaintiff Prays this Court Grants:

1) Defendants pay all attorney and court/ Filing fees.

Pleading Title: _____   Page 8 of 9

Case Name: _____    Case #: _____

2) $ 2,000,000.⁰⁰ in Total Damages;

3) Any other relief the Court Deems fit.

Verification

Plaintiff does Swear under Penalty of Perjury All the Aforementioned is true and Correct to the best of my knowledge.

Signed on this 27th day of January, 2026. At Corcoran, CA.

1-27-2026

Respectfully Submitted,

DJ Carpenter

Pleading Title: _____    Page 9 of 9