**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARPENTER,<br><br>                    Plaintiff,<br><br>          v.<br><br>D. AVILES, et al.,<br><br>                    Defendants. | No. 1:25-cv-01707 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 14) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 12, 2026, the assigned magistrate judge issued findings and recommendations recommending that the action proceed on plaintiff's first amended complaint against Defendants Diego Aviles, Jethro Banania, Noe Bonilla, and Alfred Plascencia for excessive force in violation of the Eighth Amendment, and all other claims and defendants be dismissed from the action for failure to state a cognizable claim. (Doc. 14.) The Court served the findings and recommendations on Plaintiff and notified him that any objections were due in 14 days. (*Id.*) Plaintiff did not file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1

1. The findings and recommendations issued on February 12, 2026, (Doc. 14), are **ADOPTED IN FULL**.

2. This action shall proceed on Plaintiff's first amended complaint, filed February 5, 2024, (Doc. 12), only against Defendants Diego Aviles, Jethro Banania, Noe Bonilla, and Alfred Plascencia for excessive force in violation of the Eighth Amendment.

3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **March 13, 2026**

UNITED STATES DISTRICT JUDGE

2