**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**DJ CARPENTER (BW1989),**

Plaintiff,

V.

D. Aviles, et al.,

Defendants.



FILED

JUL 13 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Case No. **1:25-cv-01707-JLT-SAB**

# NOTICE OF HOSPITALIZATION AND MOTION FOR EXTENSION OF TIME; REQUEST FOR VIDEO PRESERVATION; NOTICE REGARDING POSSIBLE NEED FOR COUNSEL

I, **DJ Carpenter**, respectfully notify the Court that I am currently **hospitalized under CDCR custody** at the **California Men's Colony (CMC), East Facility, San Luis Obispo**, due to a **serious spinal infection** requiring a **PICC line** and continuous medical treatment. I am medically incapacitated and unable to access my legal property, writing materials, or the law library.

Because of this medical emergency, I am unable to meet the current deadline of **July 12, 2026.** I respectfully request a **60-day extension of time**, or any amount the Court deems appropriate, to allow me to recover sufficiently to participate in my case and respond to the defendants' filings.

The incident underlying this case was recorded on institutional video systems. I previously filed a CDCR 602 grievance requesting preservation of all video footage, and Internal Affairs investigators have reviewed the footage. However, I respectfully request that the Court **order preservation of all video evidence** related to the incident to ensure its continued security.

Additionally, because I am pro per, medically incapacitated, and facing multiple represented defendants, I may require assistance from counsel. I respectfully notify the Court of this possibility and request that the Court consider appointment of counsel if appropriate.

Finally, the Court may **verify my hospitalization and medical condition** through my attorney in my separate criminal matter:

**Stephen T. Allen, APC**
5055 Canyon Crest Dr.
Riverside, CA 92507-6015

Phone: 503-888-6590

I declare under penalty of perjury that the foregoing is true and correct.

#  SIGNATURE BLOCK (the correct one for YOU to use)

**Date:** _____
**Signature:** *Unable to sign – Plaintiff hospitalized under CDCR custody*
**Filed by:** Terri Carpenter, Mother
**On behalf of:** DJ Carpenter (BW1989), Plaintiff Pro Per
California Men's Colony – East

San Luis Obispo, CA

**To the Clerk of the Court:**                                      07/07/2026

I am submitting the enclosed Notice and Motion on behalf of the plaintiff, **DJ Carpenter**, because he is currently hospitalized under CDCR custody and medically unable to prepare or sign filings. Please file this document in Case No. **1:25-cv-01707-JLT-SAB**, *Carpenter v. D. Aviles et al.*

His medical condition can be verified through his attorney in his separate criminal matter:

**Stephen T. Allen, APC**
5055 Canyon Crest Dr.
Riverside, CA 92507-6015

Phone: 503-888-6590

"I declare under penalty of perjury under the laws of the  State of California that the foregoing my statements are true and correct."

Terri Carpenter Mother

terricarpenter410@gmail.com