**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DJ CARPENTER,<br><br>Plaintiff,<br><br>v.<br><br>D. AVILES, et al.,<br><br>Defendants. | Case No.: 1:25-cv-01707-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DJ CARPENTER |

A video settlement conference in this matter commenced on October 15, 2026. Inmate DJ Carpenter, CDCR #BW-1989, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE