**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJ CARPENTER,<br>Plaintiff,<br>v.<br>D. AVILES, et al.,<br>Defendants. | No. 1:25-cv-01707-JLT-SAB (PC)<br><br>ORDER LIFTING STAY OF CASE AND DIRECTING THE CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 25, 34) |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action filed pursuant to 42 U.S.C. § 1983.

On October 15, 2026, the parties participated in a settlement conference before United States Magistrate Judge Barbara A. McAuliffe. As the case did not settle, it is HEREBY ORDERED that:

1. The stay of this action is lifted; and
2. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge